**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| WINTERSPRING DIGITAL LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00374-JRG-RSP |
| | § | |
| EXTREME NETWORKS, INC., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## ORDER

Before the Court is the Notice of Dismissal ("Notice") filed by Winterspring Digital LLC ("Plaintiff"). (Dkt. No. 9.) In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed with prejudice. (*Id.* at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Sep 15, 2023**

_____

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE